FILED
 2008 Apr-16  AM 10:04
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE JOSEPH JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:07-cv-01905-SLB-JEO |
| | ) |
| BIRMINGHAM DHR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 16, 2008, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from the defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  The plaintiff filed objections to the report and recommendation on February 22, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from the defendants which are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

**DATED**, this 16th day of April, 2008.

                                        */s/ Sharon Lovelace Blackburn*
                                        SHARON LOVELACE BLACKBURN
                                        CHIEF UNITED STATES DISTRICT JUDGE